966

No. 79–1566.  IOWA STATE MEN'S REFORMATORY ET AL. *v.* GUNTHER.  C. A. 8th Cir.  Certiorari denied.

No. 79–1568.  DISTRICT OF COLUMBIA *v.* BISHOP ET AL.  Ct. App. D. C.  Certiorari denied.

No. 79–1590.  NOLAN *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 79–1593.  GULF OIL CORP. ET AL. *v.* PENNSYLVANIA POWER & LIGHT Co.  Super. Ct. Pa.  Certiorari denied.

No. 79–1619.  MOSSER *v.* WHITE-WELD & Co., INC.  Ct. Civ. App. Tex., 5th Sup. Jud. Dist.  Certiorari denied.

No. 79–1663.  PEARSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–1684.  MEDELLIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–5700.  HUNT *v.* GRASSO, GOVERNOR OF CONNECTICUT, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–5795.  WEST *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79–5841.  BROWN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–5983.  HUNT *v.* ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–6100.  ASHCROFT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.